**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com
  *Attorneys for Defendant Donald John Trump*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>                    Plaintiff,<br><br>    vs.<br><br>SECRETARY OF STATE FRANCISCO V. AGUILAR; NEVADA REPUBLICAN PARTY; DONALD JOHN TRUMP,<br><br>                    Defendant. | Case Number:<br>2:23-cv-01387-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>**(FIRST REQUEST)**<br><br>Date of Hearing: November 9, 2023<br>Time of Hearing: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Defendant Donald John Trump ("Mr. Trump"), by and through his counsel Brian R. Hardy, Esq. and Harry L. Arnold, Esq. of the law firm of Marquis Aurbach, Defendant Secretary of State Francisco V. Aguilar ("Secretary of State"), by and through its counsel, Laena St-Jules, Esq. of the Office of the Attorney General, and Plaintiff John Anthony Castro, ("Mr. Castro") *pro se*, that the hearing date set for Plaintiff's Emergency Motion to Temporary Restraining Order [ECF No. 9], Plaintiff's Emergency Motion for Preliminary Injunction [ECF No. 11], Defendant Trump's Motion to Dismiss Complaint [ECF No. 17] and Defendant Trump's Motion to Dismiss Amended Complaint [ECF No. 24] (the "Hearing") be rescheduled to either November 16, 2023 or November 17, 2023.

Currently, the Hearing has been set for November 9, 2023 at 10:00 a.m. PST. Both of Mr. Trump's undersigned counsel are slated to be out of state at that day and time due to pre-existing and long-standing commitments. Mr. Trump's counsel has conferred with Mr. Castro and counsel for the Secretary of State, both of whom have confirmed that they have

availability on November 16, 2023 and November 17, 2023 for the Hearing and are amenable to such a change. In light of the foregoing, the Parties respectfully request that the Hearing be moved to any time on November 16, 2023 or November 17, 2023 to accommodate the scheduling conflict.

| Respectfully Submitted by: | Approved as to content by: |
|---|---|
| Dated this 27th day of October, 2023 | Dated this 27th day of October, 2023 |

**MARQUIS AURBACH**

By:*/s/ Harry L. Arnold*  
   Brian R. Hardy, Esq.  
   Nevada Bar No. 10068  
   Harry L. Arnold, Esq.  
   Nevada Bar No. 15866  
   10001 Park Run Drive  
   Las Vegas, Nevada 89145  
   *Attorneys for Defendant Donald John Trump*

By:*/s/ John Anthony Castro*  
   John Anthony Castro  
   12 Park Place  
   Mansfield, TX 76063  
   *Pro Se Plaintiff*

Approved as to content by:  
Dated this 27th day of October, 2023.

**AARON D. FORD**  
**ATTORNEY GENERAL**

By*: /s/ Laena St-Jules*  
   Laena St-Jules, Esq., Senior Deputy Attorney General  
   Nevada Bar No. 15156  
   Office of the Attorney General  
   100 North Carson Street  
   Carson City, Nevada 89701-4717  
   *Attorneys for Defendant Secretary of State*

## **ORDER**

_____  
DISTRICT COURT JUDGE