**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com
   *Attorneys for Defendant Donald John Trump*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>         Plaintiff,<br><br>vs.<br><br>SECRETARY OF STATE FRANCISCO V. AGUILAR; NEVADA REPUBLICAN PARTY; DONALD JOHN TRUMP,<br><br>         Defendant. | Case Number:<br>2:23-cv-01387-RFB-BNW<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE HEARING (ECF NO. 28)**<br><br>**(FIRST REQUEST)**<br><br>Date of Hearing: November 9, 2023<br>Time of Hearing: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Defendant Donald John Trump ("Mr. Trump"), by and through his counsel Brian R. Hardy, Esq. and Harry L. Arnold, Esq. of the law firm of Marquis Aurbach, Defendant Secretary of State Francisco V. Aguilar ("Secretary of State"), by and through its counsel, Laena St-Jules, Esq. of the Office of the Attorney General, and Plaintiff John Anthony Castro, ("Mr. Castro") *pro se*, that the Stipulation and Order to Continue Hearing (ECF No. 28) be amended as per the below.

The Parties previously stipulated and requested that the hearing date set for Plaintiff's Emergency Motion for Temporary Restraining Order [ECF No. 9], Plaintiff's Emergency Motion for Preliminary Injunction [ECF No. 11], Defendant Trump's Motion to Dismiss Complaint [ECF No. 17] and Defendant Trump's Motion to Dismiss Amended Complaint [ECF No. 24] (the "Hearing") be rescheduled to either November 16, 2023 or November 17, 2023 due to both of Mr. Trump's undersigned counsel being out of state at that day and time due to pre-existing and long-standing commitments.

Due to clerical error, the Parties should *not* have requested November 17 as an alternative date, as Mr. Castro is unavailable on that day. The Parties have again conferred, and are all available at any time on the following dates: November 13, November 15, and November 16. The Parties respectfully request that the Hearing be moved to any time on the aforementioned dates to accommodate the schedules of all Parties.

| Respectfully Submitted by: | Approved as to content by: |
|---|---|
| Dated this 30th day of October, 2023 | Dated this 30th day of October, 2023 |

**MARQUIS AURBACH**

By:*/s/ Harry L. Arnold*      By:*/s/ John Anthony Castro*

    Brian R. Hardy, Esq.      John Anthony Castro
    Nevada Bar No. 10068      12 Park Place
    Harry L. Arnold, Esq.      Mansfield, TX 76063
    Nevada Bar No. 15866      *Pro Se Plaintiff*
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Defendant Donald John Trump*

Approved as to content by:
Dated this 30th day of October, 2023.

**AARON D. FORD**
**ATTORNEY GENERAL**

By: */s/ Laena St-Jules*_____
    Laena St-Jules, Esq., Senior Deputy Attorney General
    Nevada Bar No. 15156
    Office of the Attorney General
    100 North Carson Street
    Carson City, Nevada 89701-4717
    *Attorneys for Defendant Secretary of State*

### ORDER

_____
DISTRICT COURT JUDGE