BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
BRAVO SCHRAGER LLP
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>SECRETARY OF STATE FRANCISCO V. AGUILAR, DONALD JOHN TRUMP,<br><br>Defendants. | Case No. 2:23-cv-01387-RFB-BNW<br><br>**REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF BY AMICI CURIAE CHRISTINA GIUNCHIGLIANI, STEVEN BACUS, & MARCIA PEZNOWSKI** |

Prospective *amici* will construe the filing of Plaintiff on December 11, 2023 (ECF Doc. No. 50), as the Court will construe it as well, as an opposition to the motion for leave to file an amicus brief.

Plaintiff's objections are largely incoherent, but in general, given that district court amicus brief is mostly without guidance by rule, the matter lies within the plenary discretion of the Court. *Lehman XS Trust, Series 2006–GP2 v. Greenpoint Mortg. Funding*, 2014 WL 265784, at *1 (S.D.N.Y. Jan. 23, 2014) ("Resolution of a motion for leave to file an amicus brief thus lies in the 'firm discretion' of the district court."); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008) ("District courts have inherent authority to appoint or deny amici…").

1 Should the Court find the perspectives and information within the proposed
2 amicus brief helpful to its conduct of the case, it is requested to grant the motion for
3 leave and file the proposed brief in the case.

4 DATED this 26th day of December, 2023.

**BRAVO SCHRAGER LLP**

By: */s/ Bradley S. Schrager*
BRADLEY S. SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
6675 South Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Tele.: (702) 996-1724
Email: bradley@bravoschrager.com
Email: daniel@bravoschrager.com

*Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2023, a true and correct copy of the **REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF** was served by electronically via the United States District Court CM/ECF system on all parties or persons requiring notice.

By:   */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
BRAVO SCHRAGER LLP