# EXHIBIT 1

## Declaration of Mark Wlaschin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ANTHONY CASTRO<br><br>           Plaintiff,<br><br>vs.<br><br>SECRETARY OF STATE FRANCISCO V. AGUILAR; NEVADA REPUBLICAN PARTY; DONALD JOHN TRUMP<br><br>           Defendants. | Case No. 2:23-cv-01387-GMN-BNW<br><br>**DECLARATION OF MARK WLASCHIN** |

      I, MARK WLASCHIN, hereby state that the assertions of this declaration are true:

      1.    I am the Deputy Secretary of State for Elections. I make this declaration based on personal knowledge to help the Court decide Plaintiff John Anthony Castro's Emergency Application for a Temporary Restraining Order and Expedited Preliminary Injunction Hearing Consolidated with a Preliminary Bench Trial on the Merits, ECF No. 52.

      2.    On October 2, 2023, Castro filed a declaration of candidacy with the Secretary of State to participate in the 2024 presidential preference primary election.

      3.    As of today, at least 90 2024 presidential preference primary ballots have been received from voters.

      4.    All 17 Nevada counties have started printing ballots for the 2024 presidential preference primary.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on this 4th day of January, 2024.

                                                                       Mark Wlaschin