# EXHIBIT 2

Stipulation for Dismissal with Prejudice and Order, *Nevada Republican Party v. Aguilar*, Case No. 23 OC 00051 1B (1st Judicial Dist. Court. Nev.)

SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
CHATTAH LAW GROUP
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
Attorney for Plaintiff

**IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA AND**

**FOR CARSON CITY**

| | |
|---|---|
| NEVADA REPUBLICAN PARTY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA; FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State,<br><br>　　　　　　　Defendants. | Case No.:23 OC 00051 1B<br>Dept. No.: I |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

IT IS STIPULATED between Plaintiff/Petitioner Nevada Republican Party (hereinafter "Plaintiff"), by and through its attorneys of record, the law firm of Chattah Law Group, and Defendants/Respondents State of Nevada and Francisco Aguilar, in his official capacity as Nevada Secretary of State (hereinafter "Defendants"), by and through their attorneys of record, Nevada Attorney General Aaron D. Ford and Senior Deputy Attorney General Laena St-Jules, as follows:

　　　　1.　　　This matter shall be dismissed with prejudice.

///

///

///

///

///

Page 1 of 2

2. All parties will bear their own attorney fees and costs.

Dated this 4th day of January, 2024          Dated this ____ day of January, 2024

**CHATTAH LAW GROUP**                         **AARON D. FORD**
                                              ATTORNEY GENERAL


By: _____                 By: _____
SIGAL CHATTAH, ESQ.                           LAENA ST-JULES, ESQ.
Nevada Bar No.: 8264                          Nevada Bar No.: 15156
5875 S. Rainbow Blvd. #204                    Senior Deputy Attorney General
Las Vegas, Nevada 89118                       100 North Carson Street
Tel: (702) 360-6200                           Carson City, NV 89701-4717
Fax: (702) 643-6292                           Lstjules@ag.nv.gov
*Attorney for Plaintiff*                      Tel: (775) 684-110
                                              Fax: (775) 684-1108
                                              *Attorneys for Defendants*

**ORDER**

IT IS ORDERED:

☐         Granted
☐         Granted in part:
          _____
          _____

          and Denied in part:
          _____
          _____

☐         Denied
☐         Declined to consider ex parte
☐         Declined to consider without a hearing
☐         Other: _____

DATED: _____

_____
DISTRICT COURT JUDGE

2.  All parties will bear their own attorney fees and costs.

Dated this ____ day of January, 2024

Dated this **4th** day of January, 2024

**CHATTAH LAW GROUP**

**AARON D. FORD**
ATTORNEY GENERAL

By:_____
SIGAL CHATTAH, ESQ.
Nevada Bar No.: 8264
5875 S. Rainbow Blvd. #204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
*Attorney for Plaintiff*

By: *Kevin D. Doty* #5286
for LAENA ST-JULES, ESQ.
Nevada Bar No.: 15156
Senior Deputy Attorney General
100 North Carson Street
Carson City, NV 89701-4717
Lstjules@ag.nv.gov
Tel: (775) 684-110
Fax: (775) 684-1108
*Attorneys for Defendants*

## ORDER

IT IS ORDERED:

☐ Granted
☐ Granted in part:
_____
_____

and Denied in part:
_____
_____

☐ Denied
☐ Declined to consider ex parte
☐ Declined to consider without a hearing
☐ Other: _____
_____

DATED: _____

_____
DISTRICT COURT JUDGE